**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARIO B. LONG, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CV-01228 JAR |
| CATHERINE M. HOAG, et al. | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. [ECF No. 13]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, *see* ECF Nos. 9 & 10; 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 13] is **DENIED**.

Dated this 31st day of March, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE